U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

AUG - 4 2017

TONY R. MOORE, CLERK
BY: _____
         DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| FLOYD ADAMS,<br>Petitioner | CIVIL ACTION NO. 1:17-CV-314-P |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR. |
| WARDEN,<br>Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 8), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the Petition for Writ of Habeas Corpus (§ 2241) is hereby **DISMISSED** without prejudice.

**THUS DONE AND SIGNED** at Alexandria, Louisiana, this 4th day of August, 2017.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE